

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
08/15/2016

| | |
|---|---|
| IN RE:<br>Mehtab Uddin and Tantra D. Uddin | CASE NO. 11−35269<br>CHAPTER 13 |
| Debtor(s) | |

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*67* – Motion to Deposit Funds into Court Registry. Filed by Trustee David G Peake (Attachments: # 1 Proposed Order) (Peake, David)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 525.00
Owed to: Mehtab & Tantra D. Uddin

Signed and Entered on Docket: 8/15/16.

by: <u>Kristy Love</u>
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000−3.